UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California )
corporation,                  )      CIV. S-04-2407 GEB GGH
                  Plaintiff,  )
                              )
        v.                    )      ORDER CONTINUING STATUS
                              )      (PRETRIAL SCHEDULING)
GLEN BOWEN,                    )      CONFERENCE
                              )
                  Defendant.  )
_____)

        The Status Report that Plaintiff filed May 27, 2005, reveals

a default judgment hearing is scheduled before the Magistrate Judge on

July 21, 2005.  Since this action may be resolved by default judgment,

the Status Conference is continued to September 19, 2005.  Plaintiff

shall file a status report no later than September 6, 2005, in which

Plaintiff is only required to explain the status of the default issue.

        IT IS SO ORDERED.

Dated:  June 6, 2005


                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge