IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV INC.,

        Plaintiff,                 No. CIV S-04-2407 GEB GGH

vs.

GLEN BOWEN,                    <u>ORDER</u>

        Defendant.

_____/

        This matter, presently scheduled for plaintiff's motion for default judgment against defendant Bowen, is vacated from the calendar for July 21, 2005, and will be taken under submission on the papers.

DATED: 7/11/05              /s/ Gregory G. Hollows

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

GGH:076
direct2407.sbm.wpd

1